UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, AND ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>vs.<br><br>PEOPLEASE CORPORATION, INC. AND PLC SERVICES, INC.<br><br>        Defendants. | Civil Action No. 12-CV-1984 (RWS)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, PeopLease Corporation, Inc., a South Carolina corporation, states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock. PLC Services, Inc., an Indiana corporation, states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
    April 11, 2012

               By: /s/ Rene F. Hertzog
                  William G. Passannante, Esq.
                  Rene F. Hertzog, Esq.
                  ANDERSON KILL & OLICK, P.C.
                  1251 Avenue of the Americas
                  New York, NY  10020
                  Telephone: 212-278-1000
                  Facsimile:  212-278-1733

                  *Attorneys for Defendants*
                  *PeopLease Corporation, Inc. and*
                  *PLC Services, Inc.*