UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, AND ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>                              Plaintiffs,<br><br>vs.<br><br>PEOPLEASE CORPORATION, INC. AND PLC SERVICES, INC.<br><br>                              Defendants. | Civil Action No. 12-CV-1984 (RWS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as an attorney of record for Defendants PeopLease Corporation, Inc. and PLC Services, Inc. and further requests that copies of all papers in these actions be served upon him at his office and address set forth below.

Dated:  April 24, 2012

Respectfully submitted,

By:  /s/ William G. Passannante
William G. Passannante, Esq.
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY  10020
Telephone:   212-278-1000
Facsimile:    212-278-1733

nydocs1-986949.1