UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
THE INSURANCE COMPANY OF THE :
STATE OF PENNSYLVANIA, AMERICAN :
HOME ASSURANCE COMPANY, and :
ILLINOIS NATIONAL INSURANCE :
COMPANY :
: 12 Civ. 1984 (RWS)
Plaintiffs, :
:
–against– :
:
PEOPLEASE CORPORATION, INC. and :
PLC SERVICES, INC., :
:
Defendants. :
:
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     SS.:
COUNTY OF NEW YORK   )

        EVAN LANE, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and am employed by the Law firm of Dewey & LeBoeuf LLP.

    On the 25th day of April, 2012, I served a true copy of the APRIL 24, 2012 ORDER AND LETTER via First Class Mail and Electonic Mail upon the attorney listed below:

William G. Passannate, Esq.
Rene F. Hertzog, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*[signature]*
EVAN LANE

Sworn to before me this
25th day of April, 2012

*[signature]*
NOTARY PUBLIC

KERIN DONAHUE
Notary Public, State of New York
No. 01DO6241670
Qualified in Queens County
Certificate Filed in New York County
Commission Expires May 23, 2015