ADAM J. KAISER
E-mail: akaiser@dl.com
ADAM L. LOUNSBURY
E-mail: alounsbury@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:   (212) 259-8000
Facsimile:   (212) 259-6333

*Attorneys for Third-Party Defendant*



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, AMERICAN HOME
ASSURANCE COMPANY, and ILLINOIS
NATIONAL INSURANCE COMPANY,

       Plaintiffs,

   v.

PEOPLEASE CORPORATION, INC. and PLC
SERVICES, INC.,

       Defendants.
------------------------------------------------------------x

PEOPLEASE CORPORATION, INC. and PLC
SERVICES, INC.

       Third-Party Plaintiffs

   v.

CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM
SERVICES, INC.)

       Third-Party Defendant
------------------------------------------------------------x

Case No.: 12-cv-01984-RWS

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THIRD-PARTY DEFENDANT'S TIME TO RESPOND TO THE THIRD-PARTY COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between PeopLease

Corporation, Inc. and PLC Services, Inc. (collectively, "Third-Party Plaintiffs"), and Chartis Claims, Inc. (f/k/a AIG Claim Services, Inc.) ("Third-Party Defendant"), by their undersigned counsel, that Third-Party Defendant's time to answer, move, or otherwise respond to Third-Party Plaintiffs' Third-Party Complaint is extended from May 18, 2012 to and including June 1, 2012. This is the parties' first stipulation extending Third-Party Defendant's time to respond to the Third-Party Complaint.

Dated: New York, New York
      May 3, 2012

DEWEY & LEBOEUF LLP

By: _____

Adam J. Kaiser
E-mail: akaiser@dl.com
Adam L. Lounsbury
E-mail: alounsbury@dl.com

1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:   (212) 259-8000
Facsimile:   (212) 259-6333

*Attorneys for Third-Party Defendant*

ANDERSON KILL & OLICK, P.C.

By: _____

William G. Passannante, Esq.
E-mail: wpassannante@andersonkill.com
Rene F. Hertzog, Esq.
E-mail: rhertzog@andersonkill.com

1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 278-1000
Facsimile:   (212) 278-1733

*Attorneys for Third-Party Plaintiffs*

SO ORDERED:

_____
Honorable Robert W. Sweet
United States District Judge

Dated: New York, New York
      May __, 2012