ADAM J. KAISER
E-mail: akaiser@dl.com
ADAM L. LOUNSBURY
E-mail: alounsbury@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:   (212) 259-8000
Facsimile:   (212) 259-6333

*Attorneys for Plaintiffs*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, AMERICAN HOME
ASSURANCE COMPANY, and ILLINOIS
NATIONAL INSURANCE COMPANY,

      Plaintiffs,

v.

PEOPLEASE CORPORATION, INC. and PLC
SERVICES, INC.,

      Defendants.
-------------------------------------------------------x

PEOPLEASE CORPORATION, INC. and PLC
SERVICES, INC.

      Third-Party Plaintiffs

v.

CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM
SERVICES, INC.)

      Third-Party Defendant
-------------------------------------------------------x

Case No.: 12-cv-01984-RWS

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND
PLAINTIFFS' TIME TO RESPOND
TO THE COUNTERCLAIMS**

**IT IS HEREBY STIPULATED AND AGREED** by and between The Insurance

Company of the State of Pennsylvania, American Home Assurance Company, and Illinois National Insurance Company (collectively, "Plaintiffs"), and Peoplease Corporation, Inc. and PLC Services, Inc. (collectively, "Defendants"), by their undersigned counsel, that Plaintiffs' time to answer, move, or otherwise respond to Defendants' counterclaims is extended from May 7, 2012 to and including June 1, 2012. This is the parties' first stipulation extending Plaintiffs' time to respond to the counterclaims.

Dated: New York, New York
May 3, 2012

DEWEY & LEBOEUF LLP

By: _____

Adam J. Kaiser
E-mail: akaiser@dl.com
Adam L. Lounsbury
E-mail: alounsbury@dl.com

1301 Avenue of the Americas
New York, New York 10019-6092
Telephone:   (212) 259-8000
Facsimile:    (212) 259-6333

*Attorneys for Plaintiffs*

ANDERSON KILL & OLICK, P.C.

By: _____

William G. Passannante, Esq.
E-mail: wpassannante@andersonkill.com
Rene F. Hertzog, Esq.
E-mail: rhertzog@andersonkill.com

1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 278-1000
Facsimile:    (212) 278-1733

*Attorneys for Defendants*

SO ORDERED:

_____
Honorable Robert W. Sweet
United States District Judge

Dated: New York, New York
May 4, 2012