## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: 12-CV-1984 (RWS)

-----------------------------------------------------------------X

THE INSURANCE COMPANY OF THE STATE OF  
PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY  
and ILLINOIS NATIONAL INSURANCE COMPANY,

        Plaintiffs,

Attorney: **Anderson Kill & Olick, P.C.**  
1251 Avenue of the Americas  
42nd Floor  
New York, New York 10020  
212-278-1000

- against -

**PEOPLEASE CORPORATION, INC.**  
and **PLC SERVICES, INC.**,

        Defendants.

-----------------------------------------------------------------X

**PEOPLEASE CORPORATION, INC.**  
and **PLC SERVICES, INC.**,

        Third-Party Plaintiffs,

- against -

**CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM SERVICES, INC.)**,

        Third-Party Defendants.

-----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, April 27, 2012, at 12:58 P.M. deponent **served** the within **Third-Party Complaint - Demand for Jury Trial**

Upon:       **Chartis Claims, Inc.** (f/k/a AIG Claims Services, Inc.) c/o Dewey & LeBoeuf LLP  
Located at:  1301 Avenue of the Americas, New York, New York 10019-6092

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Chartis Claims, Inc.** (f/k/a AIG Claims Services, Inc.) c/o Dewey & LeBoeuf LLP, personally, deponent knew said corporation so served to be the corporation described in said Third Party Complaint and knew said individual to be **Debra K. Senior** – Deputy Managing Clerk, thereof and she stated that she was authorized to accept service of process for Chartis Claims, Inc. (f/k/a AIG Claims Services, Inc.) c/o Dewey & LeBoeuf LLP.

Debra K. Senior's Description: Caucasian, White Skin, Female, Brown Hair, 30 Years Old, 5'5" and 155 Lbs

                      **Corey Guskin**  
                      License # 1094475

Sworn to before me this 1st day of May, 2012

Notary Public

Joan Guskin  
Notary Public State of New York  
No. 01GU6230103  
Qualified in Nassau County  
Commission Expires Nov. 20, 14