William G. Passannante
Rene F. Hertzog
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone:   212-278-1000
Facsimile:    212-278-1733

*Attorneys for Defendants/Third-Party Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------x

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, AMERICAN HOME
ASSURANCE COMPANY, and ILLINOIS
NATIONAL INSURANCE COMPANY,

        Plaintiffs,

v.

PEOPLEASE CORPORATION, INC. and PLC
SERVICES, INC.,

        Defendants.

------------------------------------------------x

PEOPLEASE CORPORATION, INC. and PLC
SERVICES, INC.

        Third-Party Plaintiffs

v.

CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM
SERVICES, INC.)

        Third-Party Defendant

------------------------------------------------x

Case No.: 12-cv-01984-RWS

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COUNTERCLAIM AND THIRD-PARTY COMPLAINT**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/12

        *WHEREAS*, counsel for Plaintiffs and Third-Party Defendant have requested an extension of time to respond to the Counterclaim and Third-Party Complaint due to the collapse

nydocs1-989155.1

of their law firm, Dewey & LeBoeuf, LLP, and subsequent move to their current law firm, Winston & Strawn, LLP, and the attendant delays associated therewith, and whereas counsel for Defendants/Third-Party Plaintiffs have agreed to such request;

IT IS HEREBY STIPULATED AND AGREED by and between all parties to this action that the time for Plaintiffs to respond to the Counterclaim and for the Third-Party Defendant to respond to the Third-Party Complaint is extended from June 1, 2012 to June 30, 2012. This is the parties' second stipulation extending the time to respond to the Counterclaim and Third-Party Complaint.

Dated: New York, New York
June 1, 2012

Winston & Strawn, LLP
By: _____

Adam J. Kaiser
E-mail: akaiser@winston.com
Adam L. Lounsbury
E-mail: alounsbury@winston.com

200 Park Avenue
New York, New York 10166
Telephone: (212) 294-4617
Facsimile: (212) 294-4700

*Attorneys for Third-Party Defendant*

SO ORDERED:
_____
Honorable Robert W. Sweet
United States District Judge
6-4-12

ANDERSON KILL & OLICK, P.C.
By: _____

William G. Passannante, Esq.
E-mail: wpassannante@andersonkill.com
Rene F. Hertzog, Esq.
E-mail: rhertzog@andersonkill.com

1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

*Attorneys for Third-Party Plaintiffs*

Dated: New York, New York
June 1, 2012

2

nydocs1-989155.1