UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

THE INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA     Plaintiff,

Case No. 12-CV-1984 (RWS)

-against-

PEOPLEASE CORP., INC.     Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Adam J. Kaiser
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AK2122     My State Bar Number is 2571834

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: DEWEY & LEBOEUF LLP
            FIRM ADDRESS: 1301 Avenue of the Americas, New York, NY 10019
            FIRM TELEPHONE NUMBER: 212-259-8000
            FIRM FAX NUMBER: 212-259-6333

NEW FIRM:   FIRM NAME: WINSTON & STRAWN LLP
            FIRM ADDRESS: 200 Park Avenue, New York, NY 10166
            FIRM TELEPHONE NUMBER: 212-294-6700
            FIRM FAX NUMBER: 212-294-4700

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/8/2012

ATTORNEY'S SIGNATURE