UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

THE INSURANCE COMPANY OF                    Case No. 12-CV-1984 (RWS)
THE STATE OF PENNSYLVANIA    Plaintiff,

    -against-

PEOPLEASE CORP, INC.         Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Adam L. Lounsbury**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AL7467     My State Bar Number is 4717716

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: DEWEY & LEBOEUF LLP
             FIRM ADDRESS: 1301 Avenue of the Americas, New York, NY 10019
             FIRM TELEPHONE NUMBER: 212-259-8000
             FIRM FAX NUMBER: 212-259-6333

NEW FIRM:    FIRM NAME: WINSTON & STRAWN LLP
             FIRM ADDRESS: 200 Park Avenue, New York, NY 10166
             FIRM TELEPHONE NUMBER: 212-294-6700
             FIRM FAX NUMBER: 212-294-4700

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____

Dated: 6/8/2012

ATTORNEY'S SIGNATURE