# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Rene F. Hertzog, Esq.
Rhertzog@andersonkill.com
212-278-1166

June 8, 2012

**By Hand**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: Insurance Co. of the State of Pa., et al., v. PeopLease Corp., et al. (12-cv-01984-RWS)

Dear Judge Sweet:

This firm represents PeopLease Corporation, Inc. and PLC Services, Inc., Defendants and Third-Party Plaintiffs in the above-referenced matter. We write with the consent of and on behalf of counsel for Plaintiffs The Insurance Company of the State of Pennsylvania, American Home Assurance Company and Illinois National Insurance Company, and Third-Party Defendant Chartis Claims, Inc. with respect to the pre-trial conference before Your Honor that is currently scheduled for June 13, 2012.

Since the time that this action was filed the parties have engaged in settlement discussions in an effort to resolve the matter. Those discussions are presently continuing. The parties respectfully ask that Your Honor adjourn the pre-trial conference so that they may continue their efforts to resolve the matter without the Court's assistance.

In addition, the parties have stipulated to extend the deadline for Plaintiffs' response to Defendants' counterclaim and Third-Party Defendant's response to the Third-Party Complaint until June 30, 2012. As the responsive pleadings have not yet been filed and the parties have not commenced discovery, the parties believe that a pre-trial conference would at this time be premature.

For these reasons, the parties respectfully ask that Your Honor adjourn the June 13, 2012 pre-trial conference.

*So ordered.*
*[signed] Sweet USDJ*
*6-11-12*

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC
nydocs1-989706.1

**Anderson Kill & Olick, P.C.**

Hon. Robert W. Sweet
June 8, 2012
Page 2

Thank your for your consideration in this matter.

Respectfully submitted,

*[signature]*

Rene F. Hertzog

cc:   Adam J. Kaiser, Esq. (*via facsimile*)
      Adam L. Lounsbury, Esq. (*via facsimile*)
      William G. Passannante, Esq.
      Alex D. Hardiman, Esq.

nydocs1-989706.1