```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Insurance Co. of PA,

      -v.-                                    12 Civ. 1984 (RWS)

Peoplease Corporation,
-----------------------------------------------------------X

Please be advised that the conference scheduled

for __6-13-12__ has been rescheduled to

__9-26-12__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York
       6/18/12

                                    _____
                                    ROBERT W. SWEET
                                    United States District Judge