UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
THE INSURANCE COMPANY OF THE STATE  :
OF PENNSYLVANIA, AMERICAN HOME      : Case No.: 12-cv-01984-RWS
ASSURANCE COMPANY, and ILLINOIS     :
NATIONAL INSURANCE COMPANY,         :
                                    :
                         Plaintiffs, : **[PROPOSED] ORDER FOR
                                    : ADMISSION *PRO HAC VICE***
           v.                       :
                                    :
PEOPLEASE CORPORATION, INC. and PLC :
SERVICES, INC.,                     :
                                    :
                         Defendants. :
------------------------------------------------------------x
                                    :
PEOPLEASE CORPORATION, INC. and PLC :
SERVICES, INC.                      :
                                    :
             Third-Party Plaintiffs :
                                    :
           v.                       :
                                    :
CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM :
SERVICES, INC.)                     :
                                    :
             Third-Party Defendant. :
                                    :
------------------------------------------------------------x





The motion of Alexander D. Hardiman, Esq., for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

Alexander D. Hardiman
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas

nydocs1-986952.2

New York, New York 10020
Tel: (212) 278-1588 - Fax: (212) 278-1733
ahardiman@andersonkill.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants and Third-Party Plaintiffs PeopLease Corporation, Inc., and PLC Services, Inc., in the above entitled action,

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June [18] 2012
New York, New York

_____
United States District Judge

2