ADAM J. KAISER
E-mail: akaiser@winston.com
ADAM L. LOUNSBURY
E-mail: alounsbury@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, and ILLINOIS NATIONAL INSURANCE COMPANY,

        Plaintiffs,

   v.

PEOPLEASE CORPORATION, INC. and PLC SERVICES, INC.,

        Defendants.
------------------------------------------------------------x

PEOPLEASE CORPORATION, INC. AND PLC SERVICES, INC.

        Third-Party Plaintiffs

   v.

CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM SERVICES, INC.)

        Third-Party Defendant
------------------------------------------------------------x

Case No.: 12-cv-01984-RWS

**AMENDED RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>**

The undersigned attorneys of record for Plaintiff the Insurance Company of the State of Pennsylvania ("ICP") certify that ICP is wholly owned by Chartis U.S., Inc. Chartis, U.S., Inc. is wholly owned by American International Group, Inc., a publicly traded corporation. With the exception of the United States Department of the Treasury, no parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: June 29, 2012                              Respectfully submitted,

                                                  WINSTON & STRAWN LLP


                                                  By: /s/ Adam J. Kaiser
                                                      Adam J. Kaiser
                                                      Adam L. Lounsbury

                                                  200 Park Avenue
                                                  New York, NY 10166-4193
                                                  Telephone:   (212) 294-6700
                                                  Facsimile:   (212) 294-4700

                                                  E-mail: akaiser@winston.com
                                                  E-mail: alounsbury@winston.com

                                                  *Attorneys for Plaintiffs*