ADAM J. KAISER
E-mail: akaiser@winston.com
ADAM L. LOUNSBURY
E-mail: alounsbury@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, AMERICAN HOME
ASSURANCE COMPANY, and ILLINOIS
NATIONAL INSURANCE COMPANY,

        Plaintiffs,

   v.

PEOPLEASE CORPORATION, INC. and PLC
SERVICES, INC.,

        Defendants.
------------------------------------------------------------------x

PEOPLEASE CORPORATION, INC. AND PLC
SERVICES, INC.

        Third-Party Plaintiffs

   v.

CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM
SERVICES, INC.)

        Third-Party Defendant

------------------------------------------------------------------x

Case No.: 12-cv-01984-RWS

**AMENDED RULE 7.1
CORPORATE
<u>DISCLOSURE STATEMENT</u>**

The undersigned attorneys of record for Plaintiff American Home Assurance Company ("AHAC") certify that AHAC is wholly owned by Chartis U.S., Inc. Chartis, U.S., Inc. is wholly owned by American International Group, Inc., a publicly traded corporation. With the exception of the United States Department of the Treasury, no parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: June 29, 2012

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Adam J. Kaiser
    Adam J. Kaiser
    Adam L. Lounsbury

200 Park Avenue
New York, NY 10166-4193
Telephone:    (212) 294-6700
Facsimile:    (212) 294-4700

E-mail: akaiser@winston.com
E-mail: alounsbury@winston.com

*Attorneys for Plaintiffs*