ADAM J. KAISER
E-mail: akaiser@winston.com
ADAM L. LOUNSBURY
E-mail: alounsbury@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

*Attorneys for Third-Party Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AMERICAN HOME ASSURANCE COMPANY, and ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>   v.<br><br>PEOPLEASE CORPORATION, INC. and PLC SERVICES, INC.,<br><br>      Defendants. | Case No.: 12-cv-01984-RWS |
| PEOPLEASE CORPORATION, INC. AND PLC SERVICES, INC.<br><br>      Third-Party Plaintiffs<br><br>   v.<br><br>CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM SERVICES, INC.)<br><br>      Third-Party Defendant | **RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

------------------------------------------------------------------x

The undersigned attorneys of record for Third-Party Defendant Chartis Claims, Inc. (f/k/a AIG Claim Services, Inc.) ("Chartis Claims") certify that Chartis Claims is wholly owned by Chartis U.S., Inc. Chartis, U.S., Inc. is wholly owned by Chartis Inc. and Chartis Inc. is wholly owned by AIUH LLC. AIUH LLC is wholly owned by American International Group, Inc., a publicly traded corporation. With the exception of the United States Department of the Treasury, no parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: June 29, 2012

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Adam J. Kaiser
    Adam J. Kaiser
    Adam L. Lounsbury

200 Park Avenue
New York, NY 10166-4193
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

E-mail: akaiser@winston.com
E-mail: alounsbury@winston.com

*Attorneys for Third-Party Defendant*