ADAM J. KAISER
E-mail: akaiser@winston.com
ADAM L. LOUNSBURY
E-mail: alounsbury@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone:     (212) 294-6700
Facsimile:     (212) 294-4700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
THE INSURANCE COMPANY OF THE STATE   :
OF PENNSYLVANIA, AMERICAN HOME      :   Case No.: 12-cv-01984-RWS
ASSURANCE COMPANY, and ILLINOIS     :
NATIONAL INSURANCE COMPANY,

                                  :   **AMENDED RULE 7.1**
          Plaintiffs,         :   **CORPORATE**
                                    :   **DISCLOSURE STATEMENT**
   v.                               :
                                    :
PEOPLEASE CORPORATION, INC. and PLC  :
SERVICES, INC.,                     :
                                    :
          Defendants.       :

---------------------------------------------------------------------x
:
PEOPLEASE CORPORATION, INC. AND PLC  :
SERVICES, INC.                     :
                                    :
          Third-Party Plaintiffs  :
                                    :
   v.                               :
                                    :
CHARTIS CLAIMS, INC. (f/k/a AIG CLAIM  :
SERVICES, INC.)                    :
                                    :
          Third-Party Defendant  :
                                    :

---------------------------------------------------------------------x

The undersigned attorneys of record for Plaintiff American Home Assurance Company ("AHAC") certify that AHAC is wholly owned by Chartis U.S., Inc.  Chartis, U.S., Inc. is wholly owned by American International Group, Inc., a publicly traded corporation.  With the exception of the United States Department of the Treasury, no parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Dated: June 29, 2012

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Adam J. Kaiser
    Adam J. Kaiser
    Adam L. Lounsbury

200 Park Avenue
New York, NY 10166-4193
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

E-mail: akaiser@winston.com
E-mail: alounsbury@winston.com

*Attorneys for Plaintiffs*