UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA                                                  Docket Number 12 CV 1984 (JGK)

      -against-                                                                    NOTICE OF REASSIGNMENT

PEOPLEASE CORP, ET AL
--------------------------------------------------------

The above-entitled action is:

[X] Reassigned to the Hon JOHN G. KOELTL  (JGK)

[ ] Reassigned Referral to Hon.                         ,Magistrate Judge

[ ] Assigned Designation to Hon. ( )
    ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                      Ruby J. Krajick
                                                                      Clerk of Court

Dated: 7/5/2012                                                              By:     SHANTE JONES
                                                                                     Deputy Clerk