UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INSURANCE COMPANY OF PENNSYLVANIA,
       Plaintiff(s),

              NOTICE OF COURT CONFERENCE

  -against-

PEOPLEASE CORPORATION,        12 civ 1984 (JGK)
       Defendant(s).
------------------------------------------------------------X

To All Parties,

  You are directed to appear for a pretrial conference, to be held on **Monday, September 24, 2012** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

  **All requests for adjournments must be made in writing to the Court.**

  For any further information, please contact the Court at (212) 805-0107.

                    Don Fletcher
                 Courtroom Case Manager

Dated: New York, New York
    September 6, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2012
```