# WINSTON & STRAWN LLP

200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700
www.winston.com



RECEIVED
SEP 19 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

**ADAM L. LOUNSBURY**
Associate
(212) 294-4737
alounsbury@winston.com

September 19, 2012

**VIA FACSIMILE**

Hon. John G. Koeltl,
United States District Judge for the
    Southern District of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/24/12

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

Re:  *Ins. Co. of the State of Pa. v. PeopLease Corp.*, 12 civ 1984 (JGK) – Joint Request to Adjourn the September 24, 2012 Pretrial Conference

Dear Judge Koeltl:

This firm is counsel to plaintiffs Insurance Company of the State of Pennsylvania, American Home Assurance Company, Illinois National Insurance Company (collectively the "Insurers"), and third-party defendant Chartis Claims, Inc. f/k/a AIG Claim Services, Inc. ("Claims"). We write to request adjournment of the pretrial conference currently scheduled for September 24, 2012, and noticed in this Court's Notice of Court Conference, dated September 6, 2012.

The parties are engaged in settlement discussions and are working to settle the case without further involvement of this Court. For this reason, the parties jointly request that this Court adjourn the conference and allow the parties to pursue a settlement. This is the parties' second request for an adjournment of the pretrial conference. The first joint request was directed to Judge Sweet by letter from Rene Hertzog, Esq., dated June 8, 2012, and granted on June 12, 2012.

Respectfully submitted,

*/s/ Adam L. Lounsbury*
Adam L. Lounsbury

Cc: Adam J. Kaiser, Esq. (by e-mail); Alexander D. Hardiman, Esq. (by e-mail); Rene Hertzog, Esq. (by e-mail)

*[Handwritten:]* ADJOURNED TO THURSDAY, OCTOBER 25, 2012 AT 4:30pm
SO ORDERED
9/22/12  /s/ John G. Koeltl
U S D J