USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/23/12



# WINSTON & STRAWN LLP

200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700
www.winston.com

**ADAM J. KAISER**
Partner
(212) 294-4617
akaiser@winston.com

October 22, 2012



**VIA FACSIMILE**

Hon. John G. Koeltl,
United States District Judge for the
    Southern District of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, New York 10007-1312

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

Re:   *Ins. Co. of the State of Pa. v. PeopLease Corp.*, 12 civ 1984 (JGK) – Notice of Settlement in Principle

Dear Judge Koeltl:

This firm is counsel to plaintiffs Insurance Company of the State of Pennsylvania, American Home Assurance Company, Illinois National Insurance Company (collectively the "Insurers"), and third-party defendant Chartis Claims, Inc. f/k/a AIG Claim Services, Inc. ("Claims"). We write to inform your Honor that the parties have reached an agreement in principle to settle the case and are diligently working to memorialize the settlement terms. Following execution of the settlement, the parties intend to present a joint stipulation to the Court withdrawing all claims and causes of action.

Accordingly, the parties jointly request that the Court adjourn the conference scheduled for October 25, 2012 (*see* DE # 33, Endorsed Letter, dated September 22, 2012). This is the parties' third request for adjournment.

Respectfully submitted,

ADAM J. KAISER

*The Conference scheduled for 10/25/12 is canceled. So ordered.*
*/s/ JGK*
*U.S.D.J.*
*10/23/12*

Cc: Adam L. Lounsbury, Esq. (by e-mail); Alexander D. Hardiman, Esq. (by e-mail); Rene Hertzog, Esq. (by e-mail)